**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | NCI New Capital Invest Oil & Gas USA 11 GmbH |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>☑ Other  HRB 184536  . Describe identifier  Munich Local Court Register Number<br><br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ___ ___ ___ ___<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___<br>☐ Other _____. Describe identifier _____ |
| 3. | **Name of foreign representative(s)** | Rolf Pohlmann, in his capacity as insolvency administrator for NCI New Capital Invest Oil & Gas USA 11 GmbH |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Munich Local Court, Division for Bankruptcy Matters, Ref.: 1500 IN 2874/14 |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor  NCI New Capital Invest Oil & Gas USA 11 GmbH    Case number (if known) _____
        Name

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Federal Republic of Germany

Debtor's registered office:

Nymphenburger Strasse 4
Number    Street

_____
P.O. Box

Munich _____ 80335
City    State/Province/Region    ZIP/Postal Code

Germany
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

Unterer Anger 3
Number    Street

_____
P.O. Box

Munich _____ 80331
City    State/Province/Region    ZIP/Postal Code

Germany
Country

**10. Debtor's website (URL)**   http://pohlmannhofmann.de/nci11chapter15

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Debtor  NCI New Capital Invest Oil & Gas USA 11 GmbH                              Case number (if known) _____
        Name

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ _____         Rolf Pohlmann
Signature of foreign representative    Printed name

Executed on  05 / 21 / 2019
             MM / DD / YYYY

✗ _____
Signature of foreign representative    Printed name

Executed on _____
             MM / DD / YYYY

**14. Signature of attorney**

✗  /s/ Gabriela Ruiz                          Date  05/22/2019
Signature of Attorney for foreign representative   MM / DD / YYYY

Gabriela Ruiz
Printed name
Kobre & Kim LLP
Firm name
201 S Biscayne Blvd Suite 1900
Number    Street
Miami                                         FL          33131
City                                          State       ZIP Code

(305) 967-6100                                gabriela.ruiz@kobrekim.com
Contact phone                                 Email address

46844                                         FL
Bar number                                    State